# Order

Michigan Supreme Court
Lansing, Michigan

June 19, 2019

159153

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VIRGINIA PARK SUBDIVISION
ASSOCIATION,
    Plaintiff-Appellee,

and

CAROL D. HAIR, SEAN JACQUES, TALIA
SAFARO, ROK IVEZAJ, MARIA IVEZAJ,
LUIGI DEDA, AFERDITA DEDA,
CHRISTOPHER D. YEZBICK, KIMBERLY
I. YEZBICK, GEORGE IVEZAJ, JAMIE
IVEZAJ, DAREN L. REED, JOYCE A.
PILLSBURY, DAVID J. LUCCHETTI,
MARK MATKOVICH, MARILYN E.
MILLS, RUSSELL A. McCLELLAND,
KARINE McCLELLAND, GREGORY C.
COLEY, NAOMI COLEY, JOSHUA P.
CRESWELL, GAIL CRESWELL, MICHAEL
W. MAURER, EDWARD H. GILBERT,
and FLORIN C. MOLDOVAN,
    Plaintiffs-Counterdefendants-
    Appellees,

v

PASCAL BROWN and MEGA MANAGEMENT
GROUP,
    Defendants,
and

JOANNE BROWN, a/k/a JOANNE GAINES,
KATIE STILL, and BLAIR STILL,
    Defendants-Counterplaintiffs-
    Appellants,
and

JULIAN C. URSING and KIMBERLY D.
URSING,
    Defendants-Counterplaintiffs.
_____/

SC: 159153
COA: 339762
Oakland CC: 2017-157802-CH

On order of the Court, the application for leave to appeal the January 10, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

d0612